| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>PAYNE, JAMES H. | 2. Court or Organization<br><br>DISTRICT COURT - EASTERN OKLA | 3. Date of Report<br><br>05/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination.　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>201 U.S. COURTHOUSE<br>P.O. BOX 2459<br>MUSKOGEE, OKLAHOMA 74402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer＿＿＿＿＿＿＿＿＿＿＿＿ Date＿＿＿＿＿＿ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 MAY 14 P 12: 33 RECEIVED

Payne, James H.

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 4TH STREET BUILDING CORP, Muskogee, OK | C | Dividend | M | W | | | | | |
| 2. ▓▓▓▓ FARM - Stonewall Co., TX (1/8 interest) | B | Rent | L | W | | | | | |
| 3. BANCFIRST Muskogee, OK | A | Interest | L | T | | | | | |
| 4. COMMERCIAL REAL ESTATE - Muskogee, OK (30% int) | A | Rent | L | W | | | | | |
| 5. EDWARD D. JONES CO - MONEY MARKET | A | Interest | J | T | | | | | |
| 6. SUN LIFE/POLARIS VARIABLE ANNUITY fka Anchor Nat'l | A | Dividend | J | T | | | | | |
| 7. AMERICAN HIGH INCOME TRUST FUND A MUTUAL FUND | A | Dividend | K | T | | | | | |
| 8. AMERICAN MUTUAL FUND CL A | A | Dividend | K | T | | | | | |
| 9. EDISON INT'L COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. PEPSICO COMMON STOCK | D | Dividend | N | T | | | | | |
| 11. YUM BRANDS COMMON STOCK (formerly Tricon Global) | B | Dividend | L | T | | | | | |
| 12. AT&T STOCK | B | Dividend | K | T | | | | | |
| 13. AMERFUND AMCAP FUND CL A MUTUAL FUND | A | Dividend | J | T | | | | | |
| 14. AMERFUND WASHINGTON MUTUAL INVESTORS MUTUAL FUND | A | Dividend | J | T | | | | | |
| 15. AMERFUND EUROPACIFIC GROWTH CL A MUTUAL FUND | A | Dividend | J | T | | | | | |
| 16. JOHN HANCOCK RAINIER FUND CLASS C MUTUAL FUND | A | Dividend | J | T | | | | | See VIII |
| 17. ML BANK DEPOSIT MONEY MARKET | A | Interest | K | T | | | | | See VIII |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CMA MONEY FUND MONEY MARKET | A | Interest | J | T | Merged (with line 17) | | | | See VIII |
| 19. BLACKROCK MUNIHOLDINGS II | A | Dividend | J | T | | | | | |
| 20. BLACKROCK GLOBAL ALLOCATION FD INC A | A | Dividend | J | T | | | | | |
| 21. AMERFUND CAPITAL WORLD GROWTH & INCOME FUND CL A MUTUAL FUND | A | Dividend | K | T | | | | | |
| 22. AMERFUND NEW PERSPECTIVE FUND CL A MUTUAL FUND | A | Dividend | K | T | | | | | |
| 23. MFS TOTAL RETURN B MUTUAL FUND | A | Dividend | K | T | | | | | |
| 24. PUERTO RICO HIGHWAYS & TRANSPORT AUTH REVENUE (Series J) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, Line 16; according to Merrill Lynch Broker, effective 10/09/2008 the previously reported name of John Hancock Growth was changed to John Hancock Rainier Fund Class C

2) Part VII, Line 17l according to Merrill Lynch Broker, effective December 2007, the previously reported name of ML Banking Advantage Money Market was changed to ML Bank Deposit Money Market

3) Part VII, Line 18; according to Merrill Lynch Broker, the CMA Money Fund Money Market and ML Bank Deposit Money Market (Line 17) are consolidated

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIF[...] BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544